# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHEN MITCHELL, | No. 2:16-CV-00434-FVS |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT STIPULATED MOTION FOR REMAND |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | ECF Nos. 14, 18, 20 |
| Defendant. | |

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on August 3, 2017, ECF No. 20, recommending the parties' Stipulated Motion for Remand pursuant to sentence four of 42 U.S.C. § 405(g), ECF No. 18, be granted. No objection was filed.

After review, the Court hereby adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS ORDERED:**

1. The Report and Recommendation, **ECF No. 20**, is **ADOPTED** in its entirety.

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

2. The parties' Stipulated Motion for Remand pursuant to sentence four of 42 U.S.C. § 405(g), **ECF No. 18,** is **GRANTED**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 14**, is **DENIED** as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to file this Order and forward copies to the parties. Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

DATED August 22, 2017.

s/*Fred Van Sickle*
Fred Van Sickle
Senior United States District Judge
