FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHEN MITCHELL,<br><br>        Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 2:16-CV-00434-FVS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR EAJA ATTORNEY'S FEES<br><br>ECF No. 23, 28 |

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on December 4, 2017, ECF No. 28, recommending Plaintiff's motion for attorney fees pursuant to the EAJA, ECF No. 23, be granted**.** No objection was filed.

After review, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS ORDERED:**

1. The Report and Recommendation, **ECF No. 28,** to grant Plaintiff's motion for fees pursuant to the EAJA, **ECF No. 23,** is **ADOPTED in its entirety**.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

2. The District Court Executive is directed to enter this Order, forward copies to the parties, and close the file.

DATED December 27, 2017.

*s/ Fred Van Sickle*
Fred Van Sickle
Senior United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2